```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
NEW YORK INDEPENDENT VENUE                                        :
ASSOCIATION; COLUMBUS ALE HOUSE,                                  :
INC. UPSTATE SHOWS, INC.; JAYARVEE,                               :         1:20-cv-06870-GHW
INC.; CAPITOL ENTERPRISES, INC.;                                  :
JUKIMOO, LLC; INFINITY O MAIN, INC.;                              :              ORDER
RAPIDS THEATER NIAGARA FALLS USA,                                 :
INC.; TURKS GROUP, LLC; 49                                        :
RESTAURANTS, LLC,                                                 :
                                        Plaintiffs,               :
                                                                  :
                        -v -                                      :
                                                                  :
VINCENT G. BRADLEY,                                               :
                                                                  :
                                        Defendant.                :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2020

GREGORY H. WOODS, United States District Judge:

On August 31, 2020, Plaintiffs filed an *ex parte* motion for an emergency temporary restraining order and preliminary injunction. Dkt No. 9. In accordance with the order dated September 1, 2020, Dkt No. 11, Defendant filed an opposition on September 11, 2020, Dkt No. 13, and on September 23, 2020, appeared to show cause why a temporary restraining order and a preliminary injunction should not issue. For the reasons stated on the record during the hearing held on September 23, 2020, Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is DENIED.

The deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint, Dkt No. 1, is extended to October 29, 2020.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 9.

SO ORDERED.

Dated: September 23, 2020
New York, New York

GREGORY H. WOODS
United States District Judge